**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-18-0309-02 |
| | § | |
| RAMON AGUILAR | § | |

APPLICATION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Acting United States Attorney, in and for the Southern District of Texas, and shows to the Court that RAMON AGUILAR, Inmate ID# 02142623, is a defendant in the above-captioned case which currently is scheduled for Initial Appearance in the United States Magistrate Court for the Southern District of Texas in McAllen, Texas at 9:15 a.m. on March 16, 2018. RAMON AGUILAR currently is a prisoner of the State of Texas confined at the Marshall Formby State Jail in Plainview, Texas.

Petitioner further represents that the Warden in charge of the Marshall Formby State Jail in Plainview, Texas will release said prisoner to the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative upon this writ with the agreement and understanding that after said prisoner, the defendant in the above-captioned case, has been duly discharged by the Court, he will be returned by the said United States Marshal into the custody of the Warden in charge of the Marshall Formby State Jail in Plainview, Texas, if said Warden so desires.

WHEREFORE, the United States prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden in charge of the Marshall Formby State Jail in Plainview, Texas commanding said Warden to surrender said prisoner into the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative in sufficient time for said prisoner to appear in the United States Magistrate Court for the Southern District of Texas in McAllen, Texas at 9:15 a.m. on March 16, 2018 for Initial Appearance.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*/s/ David A. Lindenmuth*
David A. Lindenmuth
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
(956) 618-8010