United States District Court
Southern District of Texas
FILED

FEB 27 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § § | Criminal No.   **M-18 - 309** |
| | § | |
| **RAMON AGUILAR** | § | |
| also known as "Troubles" | § | |
| **TAYLOR MARIE HAMILTON** | § | |
| **JOSEPHINE ZARAGOZA** | § | |
| also known as "Josie" | § | |
| **DOLORES OLMOS-PENA** | § | |
| also known as "Lola" | § | |
| **ISAAC ISAIAH DURAN** | § | |
| **ADRIAN ANTHONY HIDALGO** | § | |
| **NINJA EMIR JACKSON** | § | |
| **MICHAEL ANTHONY GAITERS, JR.** | § | |
| **YVETTE BAEZ** | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

From on or about January 2017 to on or about October 2017, in the Southern District of

Texas and within the jurisdiction of the Court, defendants,

**RAMON AGUILAR**
also known as "Troubles"
**TAYLOR MARIE HAMILTON**
**JOSEPHINE ZARAGOZA**
also known as "Josie"
**DOLORES OLMOS-PENA**
also known as "Lola"
**ISAAC ISAIAH DURAN**
**ADRIAN ANTHONY HIDALGO**
**NINJA EMIR JACKSON**
**MICHAEL ANTHONY GAITERS, JR.**
and
**YVETTE BAEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

## Count Two

From on or about January 2017 to on or about October 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAMON AGUILAR**
**also known as "Troubles"**
**TAYLOR MARIE HAMILTON**
**JOSEPHINE ZARAGOZA**
**also known as "Josie"**
**DOLORES OLMOS-PENA**
**also known as "Lola"**
**ISAAC ISAIAH DURAN**
**ADRIAN ANTHONY HIDALGO**
**NINJA EMIR JACKSON**
**MICHAEL ANTHONY GAITERS, JR.**
**and**
**YVETTE BAEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Three

On or about January 20, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendants, _____   _____ ___ _____ _____

**RAMON AGUILAR**
**also known as "Troubles"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 28 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Four

On or about April 22, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant, _____   _____ _____ ___ ___

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 31 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Five

On or about April 30, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 29 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Six

On or about May 13, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 11 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Seven

On or about May 29, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant, ⸺ ⸺ ⸺ ⸺ ⸺ ⸺

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Eight

On or about August 6, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant, ⸺ ⸺ ⸺ ⸺ ⸺

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Nine

On or about October 14, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 24 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY